UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VIJAYASEELAN MUTHULINGAM )<br>         Plaintiff )<br>v. )<br>         )<br>EDUCATION INFORMATION CONSULTANTS, INC. )<br>and WILLIAM A. Cornell, II )<br>         Defendants | Civil Action No.:<br><br>04 40044 |

### VERIFIED COMPLAINT AND JURY DEMAND

1. This is a Verified Complaint and Jury Demand brought by a resident of Toronto, Canada against a Massachusetts corporation that operates a medical school in Nevis, West Indies, for negligent supervision, negligent hiring and retention, and against its employee, William A. Cornell, II, for assault and battery. The Plaintiff, a student at the school run by the Defendant, alleges that he was sexually assaulted and battered during an alleged medical examination conducted by William A. Cornell, II, who held himself out to be a medical doctor but in fact was not.

### PARTIES

2. The Plaintiff, Vijayaseelan Muthulingam ("Muthulingam") is a resident of 125 Little Leaf Drive, Toronto, Canada.

3. The Defendant, Education Information Consultants, Inc. ("EIC") is a corporation organized under the laws of Massachusetts with an address of 63 Walnut Street, Gardner, Massachusetts. EIC is in the business of the ownership and operation of institutions of higher learning.

4. The Defendant, William A. Cornell, II, ("Cornell") was at all relevant times a resident of Nevis, West Indies.

RECEIPT # 404290
AMOUNT $ 150.—
SUMMONS ISSUED ✓
LOCAL RULE 4.1 ✓
WAIVER FORM ___
MCF ISSUED ✓
BY DPTY. CLK. SJones
DATE 4-5-04

## JURISDICTION

5. This Court has jurisdiction to hear this matter pursuant to 28 U.S.C.§1332 because of the diversity of citizenship of the Parties and the amount in controversy exceeds the jurisdictional limit.

6. This Court has personal jurisdiction and venue over the Defendant EIC because it has a usual place of business within the Commonwealth of Massachusetts.

## FACTS

7. Since 1996, EIC has been the owner and operator of a university in Nieves, West Indies called Medical University of America ("MUA").

8. Since September of 2002, Muthulingam has been a full-time student at MUA and a resident in one of its dormitories.

9. During the relevant time period, EIC has employed Cornell as the Dean of Students of MUA. At all relevant times, Cornell was acting on behalf of and upon authority provided by MUA and EIC.

10. During the relevant time period, EIC has allowed and been on notice that Cornell has been referring to himself as a medical doctor, in fact allowing him to sign documents as "Dr. William A. Cornell II", when in fact he is not a medical doctor.

11. In or about June of 2003, at 7:30 in the evening, Cornell engaged in a search for Muthulingam, eventually leaving word with a fellow student for Muthulingam to report to Cornell's office. When Muthulingam received the message and arrived at the office, Cornell told Muthulingam that Cornell was required to perform a physical examination upon Muthulingam, and Muthulingam was required by school policies to undergo the examination.

12. The examination included, but was not limited to, a testicular and rectal examination included penetration by Cornell.

13. Muthulingam has since discovered that Cornell is not a medical doctor, although he was held out by MUA and EIC as a medical doctor and he openly displayed tools, equipment and other paraphernalia used exclusively or usually by medical doctors.

14. Muthulingam consented to the examination in reliance on the representation by Cornell, MUA and EIC that Cornell was a medical doctor.

15. As a result of the unauthorized examination and resulting discovery that Cornell was merely impersonating a medical doctor, Muthulingam has suffered severe and pervasive emotional pain and suffering.

16. On information and belief, EIC as operator of MUA, was on notice that Cornell posed a dangerous threat to students at MUA, because Cornell had engaged in unconsented to touching in the past at other schools owned and operated by EIC.

COUNT I
v. EIC
For Negligent Supervision

17. The Plaintiff repeats and incorporates by reference the allegations of Paragraphs 1-16 as if specifically set forth herein.

18. EIC, as owner and operator of MUA, owes the Plaintiff a duty to reasonably supervise its employees.

19. EIC, as owner and operator of MUA, failed to reasonably supervise Cornell by allowing him to impersonate a medical doctor, and by allowing him to -- or putting him in a position where he could – conduct physical examinations upon students.

20. The Plaintiff suffered harm when Cornell did, in fact, conduct a physical examination upon him while impersonating a medical doctor.

21. EIC, as owner and operator of MUA, failed to properly supervise Cornell to ensure he was not abusing his office as Dean of Students to engage in such activities as impersonating a medical doctor and subjecting students to unconsented and outrageous physical touching of a sexual nature.

WHEREFORE, the Plaintiff, Vijayaseelan Muthulingam, respectfully requests this Court award damages in his favor and against the Defendant EIC for negligent supervision.

### COUNT II
### v. EIC
### Negligent Hiring and Retention

22. The Plaintiff repeats and incorporates by reference the allegations of paragraphs 1-16 and 18-21 as specifically set forth herein.

23. The opportunity for Cornell to conduct said physical examination upon Muthulingam was caused by the cloak of authority provided by EIC and MUA in hiring Cornell as its Dean of Students or promoting him to Dean of Students and allowing him to refer to himself as "Dr. William A. Cornell II" although he is not a doctor.

24. The opportunity for Cornell to conduct said physical examination upon Muthulingam was caused by the cloak of authority provided by EIC and MUA by retaining Cornell as its Dean of Students although it was aware that he referred to himself as Dr. William A. Cornell II and held himself out as a medical doctor.

WHEREFORE, the Plaintiff, Vijayaseelan Muthulingam, respectfully requests this Court award damages in his favor and against the Defendant EIC for negligent hiring and retention.

## COUNT III
### v. EIC
### Sexual Assault and Battery
### Vicarious Liability

25. The Plaintiff repeats and incorporates by reference the allegations of Paragraphs 1-16, 18-21 and 23-24 as if specifically set forth herein.

26. Cornell engaged in an unconsented and unwelcome touching of a sexual nature upon Muthulingam while engaged in his duties as Dean of Students of MUA.

27. The conduct occurred in Cornell's office at MUA and Muthulingam was enticed into the office because and only because Muthulingam was acting upon his authority as Dean of Students as MUA.

WHEREFORE, the Plaintiff, Vijayaseelan Muthulingam, respectfully requests this Court award damages in his favor and against the Defendant EIC for assault and battery of its employee.

## COUNT IV
### v. CORNELL
### Sexual Assault and Battery

28. The Plaintiff repeats and incorporates by reference the allegations of Paragraphs 1-16, 18-21, 23-24 and 26-27 as if specifically set forth herein.

27. The conduct described herein constitutes an unconsented, unwelcome touching that is outrageous and of a sexual nature.

28. As a result of said unconsented, unwelcome touching the Plaintiff has suffered damages.

WHEREFORE, the Plaintiff, Vijayaseelan Muthulingam, respectfully requests this Court award damages in his favor and against the Defendant EIC for assault and battery of its employee.

## JURY DEMAND

The Plaintiff, Vijayaseelan Muthulingam, hereby demands a jury upon all counts.

## PRAYERS FOR RELIEF

1. On counts I through III of the Verified Complaint, award damages in favor of the Plaintiff and against EIC in an amount this Court deems just, but no less than one million dollars ($1,000,000.00).

2. On Count IV of the Verified Complaint, award damages in favor of the Plaintiff and against Cornell in an amount this Court deems just, but no less than one million dollars ($1,000,000.00).

3. Award costs of this lawsuit, including reasonable attorneys' fees.

4. Award any additional damages or costs this Court deems just.

Respectfully submitted,

Vijayaseelan Muthulingam,

By his Attorney,

Kenneth I. Gordon, BBO# 556762
63 Chatham Street
Boston, MA 02109
(617) 742-4602

Dated: February 26, 2004

## VERIFICATION

I, Vijayaseelan Muthulingam, have read this Verified Complaint in its seven (7) pages, including this page, and I certify under pains and penalties of perjury that all allegations for which I have pled on first-hand knowledge are true and correct and that all allegations that I have pled on information and believe are true, to the best of my information and belief.

_____
Vijayaseelan Muthulingam

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Vijayaseelan Muthulingam

## DEFENDANTS
Education Information Consultants Inc
William A Cornell II Worcester

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Canada
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** ~~Hampden~~ Worcester
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Kenneth Gordon
63 Chatham St
Boston MA 02109

**ATTORNEYS (IF KNOWN)**
04 40044

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth In Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) __Muthulingham v. Education Information Systems, Inc__

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.         for patent, trademark or copyright cases

   ✓ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   ___ V.   150, 152, 153.

   **04 40044**

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

   YES     **NO** (circled)

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)

   YES     **NO** (circled)

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

   YES     NO

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

   YES     **NO** (circled)

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

   **YES** (circled)     NO

   A.  IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

       EASTERN DIVISION     **CENTRAL DIVISION** (circled)     WESTERN DIVISION

   B.  IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

       EASTERN DIVISION     CENTRAL DIVISION     WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Kenneth Gorlow__
ADDRESS __63 Chatham St. Boston MA 02109__
TELEPHONE NO. __617 742 4602__

(Cover sheet local.wpd - 11/27/00)