UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VIJAYASEELAN MUTHULINGAM, | ) | CIVIL ACTION NO. 04-40044 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EDUCATION INFORMATION | ) | |
| CONSULTANTS, INC. and | ) | |
| WILLIAM A. CORNELL, II, | ) | |
| | ) | |
| Defendants. | ) | |

**ANSWER OF DEFENDANT EDUCATION INFORMATION CONSULTANTS, INC.**

Defendant, Education Information Consultants, Inc., makes its answer to the Verified Complaint as follows:

1. Paragraph 1 is an assertion of Plaintiff's claim. Defendant, Education Information Consultants, Inc. ("Defendant") acknowledges Plaintiff's claim but denies the factual assertions set forth in paragraph 1.

2. Admitted.

3. Defendant admits the allegations of the first sentence of paragraph 3. Defendant denies the remaining allegations of paragraph 3.

4. Denied.

5. Admitted.

6. Admitted.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Defendant has insufficient knowledge and information to form a belief as to the truth of the allegation contained in paragraph 14 of the Complaint and therefore denies same.

15. Denied.

16. Denied.

17. Defendant repeats and incorporates herein by reference its responses to paragraphs 1 through 16 as if expressly set forth herein.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Defendant repeats and incorporates herein by reference its responses to paragraphs 1 through 21 as if expressly set forth herein.

23. Denied.

24. Denied.

25. Defendant repeats and incorporates herein by reference its responses to paragraphs 1 through 24 as if expressly set forth herein.

26. Denied.

27. Denied.

28.     Defendant repeats and incorporates herein by reference its responses to paragraphs 1 through 27 as if expressly set forth herein.

29 (misnumbered as 27. on the Complaint).  Denied.

30 (misnumbered as 28. on the Complaint).  Denied.

### FIRST AFFIRMATIVE DEFENSE

The Plaintiff's claims should be dismissed because they fail to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

The Plaintiff is estopped from asserting some or all of the claims purported to be against Waltham.

### THIRD AFFIRMATIVE DEFENSE

If Plaintiff were damaged as alleged, which Defendant denies, then said damage resulted from the acts and/or omissions of persons or entities for whose conduct Defendant is neither legally liable nor responsible.

### FOURTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred, or any damages must be reduced, on account of the Plaintiff's comparative negligence.

### FIFTH AFFIRMATIVE DEFENSE

The Plaintiff has waived, in whole or in part, his right to maintain the claims set forth in the Verified Complaint.

### SIXTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred by laches.

WHEREFORE, Defendant requests that the Verified Complaint be dismissed, with prejudice and with costs, and that the Court grant such other relief as it deems just and appropriate.

DEFENDANT EDUCATION INFORMATION CONSULTANTS, INC. HEREBY DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

Respectfully submitted,

EDUCATION INFORMATION CONSULTANTS, INC.,
by its attorney,

_____
Michael P. Angelini, BBO #019340
Daniel P. Flynn, BBO #655180
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
508-926-3400

Dated: May 4, 2004

## CERTIFICATE OF SERVICE

I, Daniel P. Flynn of Bowditch & Dewey, 311 Main Street, Worcester, MA 01608, hereby certify that I have served a copy of the foregoing on the following this 4th day of May 2004 by mailing same, postage prepaid to:

Kenneth I. Gordon
63 Chatham Street
Boston, MA 02109
617.742.4602

_____
Daniel P. Flynn