UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VIJAYASEELAN MUTHULINGAM<br>Plaintiff<br><br>v.<br><br>EDUCATION INFORMATION CONSULTANTS, INC.<br>and WILLIAM A. CORNELL, II<br>Defendants | )<br>)<br>)<br>)<br>) Civil Action No.: 04-40044<br>)<br>)<br>)<br>) |

## ASSENTED MOTION TO CONTINUE SCHEDULING CONFERENCE

The Plaintiff, Vijayaseelan Muthulingam ("Muthulingam") hereby submits this Assented Motion to Continue Scheduling Conference now scheduled for October 12, 2004 at 10:45 a.m. As reasons therefore, plaintiff's counsel states that he will be on a pre-arranged vacation with his family from October 7, 2004 to October 12, 2004, in Florida. The Defendant Educational Information Consultants, Inc. assets to this Motion. The Defendant William Cornell has not filed an appearance, because he has not been served.

Respectfully submitted,

Vijayaseelan Muthulingam,
By his Attorney,

_____
Kenneth I. Gordon, BBO# 556762
63 Chatham Street
Boston, MA 02109
(617) 742-4602

Dated: September 20, 2004

## CERTIFICATE OF SERVICE

I, Kenneth I. Gordon, have served a copy of this Motion to Continue upon Daniel Flynn, counsel for Educational Information Consultants, Inc. by first class mail, postage prepaid, this 20th day of September, 2004.

_____
Kenneth I. Gordon