DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40044

VIJAYASEELAN MUTHULINGAM,

       Plaintiff,

vs.

EDUCATION INFORMATION
CONSULTANTS, INC. and WILLIAM A.
CORNELL,
       Defendants


## CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)

We hereby certify that we have conferred regarding (1) a budget for the costs of defending this litigation to conclusion; (2) alternative courses of the litigation; and (3) the use of alternative dispute resolution.

EDUCATION INFORMATION
CONSULTANTS, INC.,

By: _____
    Dr. David Fredrick, President

{J:\CLIENTS\lit\302196\0002\00478803.DOC;1}

EDUCATION INFORMATION
CONSULTANTS, INC.,
by its attorney,


Michael P. Angelini, BBO #019340
Vincent F. O'Rourke, Jr. BBO #380335
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA  01615-0156
508-926-3400

Dated: October 14,  2004