UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40044

VIJAYASEELAN MUTHULINGAM,

            Plaintiff,

vs.

EDUCATION INFORMATION
CONSULTANTS, INC. and WILLIAM A.
CORNELL,
            Defendants

**JOINT STATEMENT OF THE PARTIES PURSUANT TO LOCAL RULE 16.1(D)(1) and (D)(2)**

## JOINT STATEMENT OF THE PARTIES PURSUANT TO LOCAL RULE 16.1 (D)(1) AND (D)(2)

The Parties, Vijayasaleen Muthulingam ("Muthulingam") and Education Information Consultants, Inc. ("EIC"), hereby submit the following joint statement containing a proposed pretrial schedule. The Defendant Cornell has not been served and thus has not filed an appearance:

1. **Automatic Disclosures**

The Plaintiff and Defendant have commenced the process of complying with the automatic discovery requirements of Local Rule 26.2(A). The parties agree that automatic discovery rules require the production of certain documents without the need for formal document requests. The parties intend to fully comply with all automatic discovery requirements. The Parties will produce no later than the date of the Scheduling Conference documents identified in disclosures made pursuant to Local Rule 26.2(A) and 26.1(B) and

witness disclosure.  Should written document requests be required, the parties request that documents be produced 30 days after said request, unless otherwise agreed.

2.      **Joint Discovery Plan (Agreed Upon) Pursuant to Local Rule 16.1(D)**

June 1, 2005 - All written discovery/fact depositions completed.

July 1, 2005 - Plaintiff's expert disclosure.

August 1, 2005 - Defendant's expert disclosure.

October 3, 2005 - All expert discovery and depositions completed.

November 1, 2005 - All dispositive motions filed.

December 1, 2005 - All oppositions to dispositive motions filed.

December 15, 2005 - Final pretrial conference.

January 3, 2006 - Trial.

The Parties each anticipate serving no more than 35 interrogatories and no more than one primary and one follow-up request for production of documents.

The Plaintiff anticipates taking the deposition of the Defendant's representative pursuant to Rule 30(b)6, and no more than six employees of the Defendant.  The Plaintiff also anticipates taking the deposition of some or all of the potential witnesses named on its Automatic Disclosure statement.

Defendant has taken the deposition of Plaintiff.  Given Plaintiff's testimony, no depositions are currently anticipated by Defendant, but Defendant wishes to reserve the right to take not more than four additional depositions from among the potential witnesses named in its and Plaintiff's Automatic Disclosure statement as well as Scott Meritt, John Bailey, Jonathan Dandridge, James Ratliff, Dhanaseelan Muthulingam, Eunice Passia, and Chitra Mahalingham.

The parties reserve the right to request additional discovery if the scope of the case broadens, new parties/claims are added, and/or for other good cause shown.  In addition, the parties reserve the

{J:\CLIENTS\lit\302196\0002\00478800.DOC;1}
ID # 117625v01/8692-5
10/14/2004

2

right to depose any expert witnesses designated pursuant to Fed. R. Civ. P. 26(a)(2). Because of the number of third-party witnesses involved, the parties may not be able to limit the number of depositions to a total of 10 as provided by Fed. R. Civ. P. 30(a)(2)(A).

3.  **Certifications of Counsel and Client**

Both Plaintiff and Defendant have conferred with their clients and have executed certifications consistent with the requirements of Local Rule 16.1(d)(3), which will be filed separately with the Court.

4.  **Agenda of Matters to be Discussed at Pretrial Conference - Rule 16.1(B)**

(a) The Plaintiff: The scheduling of discovery and trial.

(b) The Defendant: The scheduling of discovery and trial.

5.  **Trial by Magistrate**

Pursuant to Local Rule 16.1(B)(3), the parties have considered whether they will consent to trial by magistrate judge. At this time, the Plaintiff consents to trial by magistrate.

The Defendant has considered a trial by magistrate judge and does not consent.

6. **Written Offer of Settlement**

Consistent with Local Rule 16.1(C), the Plaintiffs will make a written offer of settlement prior to the date of the Scheduling Conference.

Respectfully submitted,
VIJAYASALEEN MUTHULINGAM
By its attorneys,

_____
Kenneth I. Gordon, BBO# 556762
63 Chatham Street
(617) 742-4602

EDUCATIONAL INFORMATION.
SYSTEMS, INC.,
By Its Attorney,

_____
Michael P. Angelini, BBO #019340
Vincent F. O'Rourke, Jr. BBO #380335
Boston, MA  02109
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA  01615-0156
508-926-3400

Dated: October 14, 2004