UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40044

VIJAYASEELAN MUTHULINGAM,

                Plaintiff,

vs.

EDUCATION INFORMATION CONSULTANTS, INC. and WILLIAM A. CORNELL,

                Defendants

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

     The attorney and Vijayasaleen Muthulingam, hereby certify that they have conferred

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and

(b) to consider the resolution of the litigation through the use of Alternative Dispute Resolution Programs.

Dated: September 30, 2004

 /s/ Vijayasaleen Muthulingam_____      ___/s/ Kenneth I. Gordon_____
Vijayasaleen Muthulingam                      Kenneth I. Gordon, BBO# 556762
                                                                       Attorney at Law
                                                                       63 Chatham Street
                                                                       Boston, MA 02109