UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40044

VIJAYASEELAN MUTHULINGAM,

        Plaintiff,

vs.

EDUCATION INFORMATION CONSULTANTS, INC. and WILLIAM A. CORNELL,
        Defendants

## ASSSENTED TO MOTION TO DISMISS WILLIAM A. CORNELL WITHOUT PREDUDICE

The Parties, Vijayasaleen Muthulingam ("Muthulingam") and Education Information Consultants, Inc. ("EIC"), hereby submit an assented to Motion to Dismiss Defendant William A. Cornell Without Prejudice.

As reasons for the dismissal, the Plaintiff states that Mr. Cornell has not been served within the time provided by Fed. R.Civ.P. 4. The Plaintiff does not wish to proceed at this time against Mr. Cornell. Therefore, the Plaintiff, with the assent of the

{J:\CLIENTS\lit\302196\0002\00478800.DOC;1}

2

Defendant EIC, respectfully move this Court for an Order of Dismissal of the Defendant William A. Cornell.

Respectfully submitted,
VIJAYASALEEN MUTHULINGAM
By its attorneys,

/s/ Kenneth I. Gordon
Kenneth I. Gordon, BBO# 556762
63 Chatham Street
Boston, MA  02109
(617) 742-4602

EDUCATIONAL INFORMATION.
SYSTEMS, INC.,
By Its Attorneys,

 /s/ Daniel P. Flynn
Michael P. Angelini, BBO #019340
Daniel P. Flynn, BBO #655180
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA  01615-0156
508-926-3400

Dated: March 7, 2005