UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40044

VIJAYASEELAN MUTHULINGAM,

           Plaintiff,

vs.

EDUCATION INFORMATION
CONSULTANTS, INC. and WILLIAM A.
CORNELL,
           Defendants

## MOTION TO RECONSIDER

The Plaintiff, Vijayasaleen Muthulingam ("Muthulingam") hereby submits this Motion to Reconsider the Order dismissing William A. Cornell ***With Prejudice***. In fact, the assented motion sought the dismissal of William A. Cornell ***Without Prejudice***. The Plaintiff sought this Dismissal for jurisdictional grounds, and seeks to retain the right to bring a separate action against William A. Cornell ("Cornell") in a different forum. The Order is inconsistent with the relief sought by the Motion and for this reason, the Plaintiff

respectfully asks this Court to dismiss Cornell Without Prejudice.

> Respectfully submitted,
>
> VIJAYASALEEN MUTHULINGAM
> By its attorneys,
>
> /s/ Kenneth I. Gordon
> Kenneth I. Gordon, BBO# 556762
> 63 Chatham Street
> Boston, MA  02109
> (617) 742-4602

## CERTIFICATION OF COMPLIANCE

   I, Kenneth I. Gordon, certify that in compliance with local rules, I contacted counsel for the Defendant Education Information Consultants, Inc., to obtain its assent to this Motion but I did not receive a reply.  Due to my vacation schedule, I was unable to provide more than one day to receive a response, and file this Motion to comply with appropriate deadlines.

> /s/ Kenneth I. Gordon
> Kenneth I. Gordon

Dated: March 18, 2005