UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40044

VIJAYASEELAN MUTHULINGAM,

           Plaintiff,

vs.

EDUCATION INFORMATION CONSULTANTS, INC. and WILLIAM A. CORNELL,

           Defendants

## **ASSSENTED TO MOTION TO CONTINUE STATUS CONFERENCE**

The Parties, Vijayasaleen Muthulingam ("Muthulingam") and Education Information Consultants, Inc. ("EIC"), hereby submit an assented to Motion to Continue this Court's August 4, 2005 Status Conference.

As reasons for therefore, the Parties state that ADR arranged by this Court is scheduled to take place one day prior to the Status Conference. If this case is not resolved on the day of the mediation, the parties may wish to continue negotiation for a reasonable time thereafter. They therefore request that the Status Conference be continued for a reasonable time after the mediation to give the parties an opportunity to resolve any remaining issues with respect to this dispute.

2

  Moreover, Plaintiff's counsel has informed defense counsel of long-standing personal plans that require him to appear in Boston the day of the hearing. Plaintiff's counsel requests the continuance for this reason as well.

| | |
|---|---|
| Respectfully submitted,<br>VIJAYASALEEN MUTHULINGAM<br>By its attorneys,<br><br>/s/ Kenneth I. Gordon<br>Kenneth I. Gordon, BBO# 556762<br>63 Chatham Street<br>Boston, MA  02109<br>(617) 742-4602 | EDUCATIONAL INFORMATION.<br>SYSTEMS, INC.,<br>By Its Attorneys,<br> /s/ Daniel P. Flynn<br>Michael P. Angelini, BBO #019340<br>Daniel P. Flynn, BBO #655180<br>Bowditch & Dewey, LLP<br>311 Main Street<br>P.O. Box 15156<br>Worcester, MA  01615-0156<br>508-926-3400 |

Dated: July 25, 2005