UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MUTHULINGAM,

           Plaintiff,

                                                             CIVIL NO. 04-40044-FDS

EDUCATION INFORMATION CONSULTANTS, INC. ET. AL.,

           Defendant,

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

**TO: JUDGE SAYLOR**

**SWARTWOOD, C.M.J.**

On   August 3, 2005   I held the following ADR proceeding:

    ____    **EARLY NEUTRAL EVALUATION**      **X**   **MEDIATION**
    ____    **MINI-TRIAL**                                  ____   **SUMMARY JURY TRIAL**
    ____    **SETTLEMENT CONFERENCE**

The parties were present in person or by an authorized corporate officer.

The case was:

( X )    Settled. Your clerk should enter a  30  day order of dismissal.
( )      There was progress. A further conference has been scheduled for _____.
        unless the case is reported settled prior to that date.
( )      Further efforts to settle this case at this time are, in my judgment, unlikely to be
        productive. This case should be restored to your trial list.


**August 4, 2005**                                  /s/ Charles B. Swartwood, III
Date                                                 **CHARLES B. SWARTWOOD, III, C.M.J.**