UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Muthulingham,
       Plaintiff(s),

V.

Education Information Consultants,

       Defendant(s),

CIVIL ACTION

NO. 04-40044-FDS

## SETTLEMENT ORDER OF DISMISSAL

Saylor, D. J.

    The Court having been advised on __August 4, 2005__ that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

   August 4,  2005
        Date

/s/ Martin Castles
Deputy Clerk