UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VIJAYASEELAN MUTHULINGAM, | ) | CIVIL ACTION NO. 04-40044 |
| Plaintiff, | ) | |
| v. | ) | |
| EDUCATION INFORMATION CONSULTANTS, INC. and WILLIAM A. CORNELL, II, | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Vijayaseelan Muthulingam, and Defendant, Education Information Consultants, Inc., hereby stipulate that the Complaint in this matter be dismissed with prejudice and without costs.

VIJAYASEELAN MUTHULINGAM,
By his attorney,

_____
Kenneth I. Gordon (BBO #556762)
63 Chatham Street
Boston, MA 02109
(617) 742-4602

EDUCATION INFORMATION
CONSULTANTS, INC.,
By its attorney,

_____
Michael P. Angelini (BBO #019340)
Daniel P. Flynn (BBO #655180)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
(508) 926-3400

Date: August 30, 2005